cumstances that were considered.

We wish to thank Dave Wysoski of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. DENNIS ARTHUR HENMAN, Defendant.

DECISION

No. 2703

The application of the above-named defendant for a review of the sentence of 15 years imposed on May 17, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 15 years with 5 years suspended; and a NON-DANGEROUS designation. The Defendant shall be under the Supervision of the Department of Adult Probation and Parole for the suspended portion of this sentence.

This Board finds that the sentence given was excessive in view of the recommendation of the Yellowstone County Attorney's Office and the Plea Bargain Recommendation. An Offer of Proof was prepared by the Deputy County Attorney which recommended a 10 year sentence.

We wish to thank Jeff Tanzer of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. GERALD LEE KLINE , Defendant.

DECISION

No. DC-83-037

The application of the above-named defendant for a review of the sentence of 20 years with 10 years suspended imposed on June 3, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

This Board finds that the Defendant definitely needs further counseling, and in view of the youthful age of the victims, finds that the sentence imposed was proper and just.

We wish to thank Neil Leitch of the Montana Defender Project, for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. KELLY JAMES BRYANT, Defendant.

## DECISION

No. DC-82-050

The application of the above-named defendant for a review of the sentence of 8 years with 2 years suspended; concurrent with DC-82-363 imposed on February 18, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 6 years with 3 years suspended; to be served concurrently with DC-82-363, and the Defendant shall be under the Supervision of the Department of Adult Probation and Parole for the suspended portion of this sentence.

Reasons for the amendment are:

(1) Lack of pre-sentence report;

(2) No disposition as to what sentences the Co-Defendants received.

This amendment brings the sentence more in line with other crimes of a similar nature.

We wish to thank Paul Sharkey of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. KELLY JAMES BRYANT, Defendant.

## DECISION

No. DC-82-363

The application of the above-named defendant for a review of the sentence of 8